UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 11-08390 DMG (Ex)** | Date | October 14, 2011 |
| Title | *US Bank National Association v. Kenneth E. Scott* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO STATE COURT**

On October 3, 2011, Defendant filed a notice of removal. To remove an action from state court, a defendant must include with the notice of removal "a copy of all process, pleadings, and orders served upon such defendant" in the state court proceedings. 28 U.S.C. § 1446(a). Defendant's notice of removal lacks a copy of the complaint. Although the notice of removal states that the complaint is included as an "Exhibit 1," it does not actually contain any such exhibit.

Because Defendant has not filed a copy of the complaint, it is impossible for the Court to ascertain whether it has subject matter jurisdiction. Therefore, Defendant is **ORDERED TO SHOW CAUSE** why this action should not be remanded to state court for lack of jurisdiction. By no later than **October 21, 2011**, Defendant shall file a copy the complaint as well as all other process, pleadings, and orders served upon him in this action.

**IT IS SO ORDERED.**

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk ys |